

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*David Inkeles*
*Assistant United States Attorney*

*970 Broad Street, 7th Floor*
*Newark, NJ 07102*
*david.inkeles@usdoj.gov*

*main: 973-645-2700*
*direct: 973-645-2813*

May 18, 2026

<u>Via ECF</u>
Hon. Julien X. Neals, U.S.D.J.
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

> Re: *Lomas Proano v. Soto, et al.*, No. 26-5432 (JXN)
> **Request for Extension of Response Deadline (On Consent)**

Dear Judge Neals:

This Office represents Respondents in this habeas matter. We respectfully write to request an extension of Respondents' answer deadline in light of Petitioner's letter, filed earlier today (ECF No. 4), indicating that Petitioner intends to file an amended petition. To avoid potentially unnecessary briefing on issues that may change once Petitioner files an amended petition, Respondents respectfully request that the Court extend Respondents' answer deadline to two days after the date on which Petitioner files the amended petition. Petitioner's counsel graciously consents to this request. We thank the Court for its consideration of this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By:    */s/ David Inkeles*
DAVID INKELES
Assistant United States Attorney
*Attorneys for Respondents*

**So ORDERED on 5/19/2026:**

JULIEN XAVIER NEALS
United States District Judge